United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

GREGORY S. LEWIS,

Plaintiff,

v.

SF BAY AREA RAPID TRANSIST DISTRICT (BART),

Defendant.

Case No. 25-cv-00869-RS (RMI)

**ORDER ON MOTION FOR SANCTIONS**

Re: Dkt. No. 82

Now pending before the court is Plaintiff Gregory Lewis' Motion for Sanctions and Corrective Relief. Dkt. 82. For the reasons stated below, the motion is **DENIED**.

Plaintiff's motion is an attempt to relitigate discovery requests already presented to and decided at the August 25, 2026, discovery conference. In the August 25, 2026, Order, the court denied Plaintiff's request to compel further responses, documents, and admissions. Dkt. 78. Discovery is now closed. The court has already determined that Defendant's responses were sufficient. Additionally, Plaintiff's September 3, 2026, case management statement recognizes that the complained-of "supplemental Interrogatory and Request for Admission responses were not required by [the] August 25 order, which denied Plaintiff's request to compel further responses and admissions." Dkt. 80 at 2. Accordingly, the motion for sanctions is **DENIED**.

**IT IS SO ORDERED.**

Dated: October 9, 2026

ROBERT M. ILLMAN
United States Magistrate Judge